```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 04918
   NARCISA C CLAUDIO
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-3487

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/01/2008 and was confirmed 06/11/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/15/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
WILSHIRE CREDIT CORPORAT  MORTGAGE NOTI   NOT FILED         .00           .00
CAPITAL ONE               UNSEC W/INTER      676.80         .00           .00
CAPITAL ONE               UNSEC W/INTER      886.16         .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     1295.31         .00           .00
AMOCO                     UNSEC W/INTER   NOT FILED         .00           .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER      210.97         .00           .00
SHAPIRO & FISHER          NOTICE ONLY     NOT FILED         .00           .00
HECTOR PINTO              UNSEC W/INTER     5000.00         .00           .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER   NOT FILED         .00           .00
KEY NOTE CONSULTING       UNSEC W/INTER   NOT FILED         .00           .00
LVNV FUNDING LLC          UNSEC W/INTER    18673.77         .00           .00
NATIONWIDE ACCEPTANCE~    UNSEC W/INTER   NOT FILED         .00           .00
PIERCE & ASSOC            NOTICE ONLY     NOT FILED         .00           .00
TRI CAP INVESTMENT PARTN  UNSEC W/INTER   NOT FILED         .00           .00
TRI CAP INVESTMENT PARTN  UNSEC W/INTER   NOT FILED         .00           .00
WORLD FINANCIAL NETWORK   UNSEC W/INTER   NOT FILED         .00           .00
JOHN CLAUDIO              NOTICE ONLY     NOT FILED         .00           .00
JOHN CLAUDIO              NOTICE ONLY     NOT FILED         .00           .00
WILSHIRE MTG              MORTGAGE ARRE      656.52         .00        656.52
WILSHIRE MTG              CURRENT MORTG        .00          .00           .00
NATIONWIDE ACCEPTANCE~    SECURED VEHIC        .00          .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY         10143.08         .00           .00
LIZ M PINTO               UNSEC W/INTER     2700.00         .00           .00
WILSHIRE CREDIT CORPORAT  MORTGAGE NOTI   NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER   NOT FILED         .00           .00
ILLINOIS DEPT OF REVENUE  UNSEC W/INTER     1817.42         .00           .00
TIMOTHY K LIOU            FILED LATE         808.14         .00           .00
NELLA E MARIANI           DEBTOR ATTY      2,500.00                    2,500.00
TOM VAUGHN                TRUSTEE                                        274.48
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 04918 NARCISA C CLAUDIO
```

```
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 3,431.00

PRIORITY                                             .00
SECURED                                           656.52
UNSECURED                                            .00
ADMINISTRATIVE                                  2,500.00
TRUSTEE COMPENSATION                              274.48
DEBTOR REFUND                                        .00
                       ---------------    ---------------
TOTALS                  3,431.00                3,431.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 01/27/09         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 04918 NARCISA C CLAUDIO